**Jannie P. MULLINS, Appellant,**

**v.**

**James W. MULLINS, Jr., Respondent.**

**No. ED 100095.**

Missouri Court of Appeals,
Eastern District,
Division Two.

June 30, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 7, 2014.

Application for Transfer Denied Sept. 30, 2014.

Alan J. Agathen, St. Louis, MO, for appellant.

Stephen J. Bardol, St. Louis, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., ROBERT G. DOWD, Jr., J., and SHERRI B. SULLIVAN, J.

### ORDER

PER CURIAM.

Jannie Mullins appeals from the trial court's judgment finding that James Mullins, Jr. is entitled to a credit towards his child-support obligation for the full amount of social-security benefits received by the child. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, explaining the reasons for our decision. We affirm. Rule 84.16(b)(5).